In the Matter of BOND AND MORTGAGE GUARANTEE COMPANY (811–815 Ocean Ave., Brooklyn, New York — Guarantee No. 180,945). MAX WALLACH et al., Appellants; MANUFACTURERS TRUST COMPANY, as Trustee, et al., Respondents. — Order approving conditional contract of sale of mortgaged premises, insofar as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Johnston, Lewis and Aldrich, JJ., concur; Carswell, J., not voting. [See *post,* p. 910.]

In the Matter of FRANK PISCOPO, Petitioner, against HENRY E. BRUCKMAN et al., Constituting the State Liquor Authority, Respondents.— Proceeding pursuant to article 78 of the Civil Practice Act to review action of the State Liquor Authority in revoking petitioner's liquor license and forfeiting his bond. Determination unanimously confirmed, with fifty dollars costs and disbursements. No opinion. Present — Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ.

MAY D. JAUCHEN, Appellant, v. EDWARD G. JAUCHEN, Respondent.— Appeal from so much of an interlocutory decree of divorce as fails to award permanent alimony. Judgment modified on the facts and in the exercise of discretion by inserting a provision directing defendant, from and after the first day of February, 1944, to pay to plaintiff the sum of six dollars per week, as permanent alimony for her support and maintenance. As thus modified, the judgment is unanimously affirmed, with costs to appellant. Findings of fact are affirmed. Conclusion of law No. 3 is reversed and a new conclusion will be made providing for the payment to plaintiff by defendant of the sum of six dollars per week as permanent alimony. Settle order on notice within five days from the date of this decision. Present — Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ.

MOUNT VERNON TRUST COMPANY, Appellant, v. FEDERAL RESERVE BANK OF NEW YORK, Respondent.— Action against an indorser by a bank which was both maker and drawee of twenty-three checks upon which the payee's indorsements were forged. Order and judgment dismissing complaint on defendant's motion, made under rule 107 of the Rules of Civil Practice, on the ground that the action is barred by the Statute of Limitations, unanimously affirmed, with ten dollars costs and disbursements. The loss occurred and the cause of action accrued when the drawee made payment upon the forged indorsements. (*Leather Manufacturers' Bank* v. *Merchants' Bank*, 128 U. S. 26.) Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ. [182 Misc. 7.] [See *post,* p. 906.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST L. DE GIACOMO, Appellant.— Defendant appeals from a judgment of the County Court of Queens County convicting him of the crimes of rape in the first degree and assault in the second degree. Judgment unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM PETERSEN, Appellant.— Judgment of the County Court of Kings County convicting defendant of the crime of murder in the first degree, and sentencing him to imprisonment in the State prison at Sing Sing for life, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.